IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00987

| | |
|---|---|
| STATE OF NORTH CAROLINA, ex rel. JOSHUA H. STEIN, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>EONSMOKE LLC,<br><br>Defendant. | **STIPULATION AND REQUEST FOR ATTORNEYS' FEES** |

In accordance with the procedures set forth in the Court's November 7, 2019, Memorandum Opinion and Order granting the State of North Carolina's motion for remand and for reasonable attorneys' fees and costs (Dkt. 18), the parties file this Stipulation and Request for Attorneys' Fees.

The parties hereby agree that Defendant Eonsmoke LLC will pay to the North Carolina Attorney General the sum of $1,365.63 to be used for attorneys' fees and that Defendant shall pay this sum to the Attorney General via cashier's check or other certified funds made payable to the "North Carolina Department of Justice."

/s/ Kimberley A. D'Arruda
Kimberley A. D'Arruda, CIPP/US
Special Deputy Attorney General
N.C. State Bar No. 25271
KDArruda@ncdoj.gov

/s/ R. Anthony Young
R. Anthony Young

CYLG, P.C.
N.C. Bar No. 39288
Attorney for Defendant Eonsmoke LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the undersigned electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, including counsel for Defendant Eonsmoke LLC, R. Anthony Young at tyoung@cylgpc.com. I have also caused the foregoing document to be served by electronic mail on counsel.

Respectfully submitted this 6th day of December, 2019.

/s/ Kimberley A. D'Arruda
Kimberley A. D'Arruda, CIPP/US
Special Deputy Attorney General
N.C. State Bar No. 25271
KDArruda@ncdoj.gov
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Phone: (919) 716-6000
Facsimile: (919) 716-6050
*Counsel for the State of North Carolina*