IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STATE OF NORTH CAROLINA, ex rel.
JOSHUA H. STEIN, Attorney General,

    Plaintiff,

v.

EONSMOKE LLC,

    Defendant.

1:19-CV-987

## **ORDER**

This matter is before the court on the parties' Stipulation and Request for Attorneys' Fees. On November 7, 2019, the Court entered a Memorandum Opinion and Order granting the State of North Carolina's State's motion for remand and for reasonable attorneys' fees and costs. Doc. 18.

The parties have filed a Stipulation and Request for Attorneys' Fees in which they agree that Defendant Eonsmoke LLC (Defendant) will pay to the North Carolina Attorney General the sum of $1,365.63 to be used for attorney fees.

Pursuant to 28 U.S.C. § 1447(c), and in accordance with the Court's Memorandum Opinion and Order and the parties' Stipulation and Request for Attorneys' Fees, the Court **ORDERS** that Defendant Eonsmoke, LLC, shall pay to the North Carolina Attorney General the sum of $1,365.63 to be used for attorneys' fees, and that Defendant

shall pay this sum to the Attorney General via cashier's check or other certified funds made payable to the "North Carolina Department of Justice."

**SO ORDERED.**

This the 10th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE